# United States District Court
# District of Minnesota

The Trustees of the Sheet Metal Local #10
Control Board Trust Fund,

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-977 RHK/JMM

O'Keefe Mechanical, Inc. a Minnesota corporation

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of Eighty seven thousand five hundred eighty four and forty cents Dollars ($ 87,584.49)

FRANCIS E. DOSAL, CLERK

DATED: July 20, 2001

By *Victoria Moralez*
Victoria Moralez, Deputy Clerk

| | | |
|---|---|---|
| Principal/Damages | | $ 87,289.49 |
| Costs and disbursements | | $ 295.00 |
| Interest to | $ | |
| Surcharge | | $ |
| **TOTAL JUDGMENT** | | $ 87,584.49 |